_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 18, 2022

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@sarachecklawfirm.com, (646) 517-5420
zachary@sarachecklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-19-18056-ABL **(Lead Case)** |
|---|---|
| WELSCORP, INC. | **Consolidated under BK-S-19-18056-ABL with:** |
| | Case No. BK-S-20-11597-ABL |
| | Case No. BK-S-20-11211-ABL |
| Debtor. | Case No. BK-S-20-11215-ABL |
| ☐ Affects Einstein Sports Advisory Ltd. | Chapter 7 |
| ☐ Affects QSA LLC | |
| ☐ Affects Wellington Sports Club, LLC | |
| ☐ Affects Welscorp, Inc. | |
| ☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE | **ADVERSARY PROCEEDING** |
| Plaintiff, | Case No. BK-S-21-01189-ABL |
| vs. | |
| FRANCESCA HORBAY | |
| Defendant. | |

**JUDGMENT BY DEFAULT AGAINST DEFENDANT**
<u>**FRANCESCA HORBAY**</u>

Based on the Chapter 7 Trustee Lenard E. Schwartzer's Motion for Default Judgment

1

Against Francesca Horbay (the "Motion for Default Judgment"), the Affidavit of Marc B. Ross in Support of the Motion for Default Judgment, the hearing held on March 10, 2022, the Trustee having appeared by and through counsel, Francesca Horbay having appeared *pro se,* the Court having stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment is granted in its entirety;

**IT IS FURTHER ORDERED** that the Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above-captioned bankruptcy case, shall recover from Defendant Francesca Horbay the amount of one hundred twenty-seven thousand nine hundred forty-three dollars and forty-seven cents ($127,943.47).

**IT IS FURTHER ORDERED** that the Trustee is authorized to record this judgment and take any necessary actions to recover on it.

**IT IS FURTHER DETERMINED** that this judgment is for the recovery of money that was obtained by Defendant using false pretenses, false representations, or actual fraud for purposes of 11 U.S. Code § 523(a)(2).

###

Submitted by:

*/s/ Zachary E. Mazur*
Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the Motion.

■   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____
Francesca Horbay
APPROVED / DISAPPROVED / **FAILED TO RESPOND**

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

3